IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| IN RE:<br><br>BODING, CHARLENE H. AND STEVE O.T<br><br>Debtors. | Case No. 08-11169-RLB<br>(Chapter 7) |

## TRUSTEE'S REPORT OF UNCLAIMED FUNDS

COMES NOW Joel C. Hall, Trustee, of the above captioned bankruptcy matter, pursuant to Rule 3010 Fed.R.Bankr.P and reports to the Court Clerk the following are dividends in an amount under $5.00 and should be treated in the same manner as unclaimed funds.

| **Claimant** | **Amount** |
|---|---|
| Oklahoma Tax Commission<br>Legal Division<br>120 North Robinson, Suite 2000<br>Oklahoma City, OK  73102-7471 | $2.60 |

Checks made payable to the United States Bankruptcy Court are attached hereto for deposit into unclaimed funds.

Date: August 27, 2009         s/Joel Hall
                              Joel C. Hall, #13643
                              3030 Oklahoma Tower
                              210 West Park Avenue
                              Oklahoma City, OK  73102
                              (405) 232-3800